**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANNIE M. SCALES, | ) | |
| | ) | 2:06-cv-00043-RCJ-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER LALLI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court for consideration is the Report and Recommendations of Magistrate Judge Lawrence R. Leavitt, entered November 20, 2006 (#49). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendations of the United States Magistrate Judge entered November 20, 2006, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendations (#49) be affirmed and adopted, and that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) be *granted,* and the accompanying Complaint be *dismissed with prejudice*.

DATED:     September 13, 2007.

_____
UNITED STATED DISTRICT COURT